

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| **ALFREDO ROJAS ANDRADE** | CASE NUMBER: 08 CR 666-H<br>08 mj 343 |

I, __ALFREDO ROJAS ANDRADE__, the above named defendant, who is accused of

Counts 1 and 2 - 8 USC 1325 (Misdemeanor), Count 3 8 USC 1325 (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 6, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         DEPUTY

_Defendant_

_Counsel for Defendant_

Before _____
     _Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd